MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS NEWMAN (NYBN 4256178)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7009
    Thomas.newman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 14-70093-MAG |
|     Plaintiff, ) | STIPULATION TO CONTINUE |
|   v. ) | |
| VALERIE SHAW, ) | |
|     Defendant. ) | |

The parties stipulate as follows:

1.     A status hearing and arraignment is set in this matter for April 9, 2014.

2.     The government has provided the defendant with discovery and is in the process of providing additional discovery for the defendant's review.

3.     Because the defendant is reviewing the discovery and the government will provide additional materials, the parties stipulate to continue this matter until May 7, 2014, for a status hearing and arraignment.

4.     The parties also request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through May 7, 2014.  The parties agree that,

STIPULATION
14-70093 MAG

1  taking into account the public interest in prompt disposition of criminal cases, good cause exists for this
2  extension.
3        The defendant also agrees to exclude for this period of time any time limits applicable under 18
4  U.S.C. § 3161.  The parties represented that granting the continuance was the reasonable time necessary
5  for effective preparation of defense counsel.  18 U.S.C. § 3161(h)(7).  The parties also agreed that the
6  ends of justice served by granting such a continuance outweighed the best interests of the public and the
7  defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

9  DATED: April 8, 2014            Respectfully submitted,

11                                       MELINDA HAAG
                                     United States Attorney

13                                         /s/
                                     THOMAS M. NEWMAN
                                     Assistant United States Attorney
14                                       Tax Division

16                                       _/s/__
                                     RICHARD TAMOR
17                                       Attorney for Defendant Valerie Shaw

STIPULATION
14-70093 MAG

ORDER

For the reasons stated above, the Court finds that the extension of time for the defendant's preliminary hearing or arraignment through May 7, 2014, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Fed. R. Crim. P. 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 4/8/14

THE HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION
14-70093 MAG