1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  THOMAS NEWMAN (NYBN 4256178)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7200
7       FAX: (415) 436-7009
        Thomas.newman2@usdoj.gov
8
   Attorneys for United States of America
9

10                      UNITED STATES DISTRICT COURT

11                     NORTHERN DISTRICT OF CALIFORNIA

12                              OAKLAND DIVISION

13
   UNITED STATES OF AMERICA,          )  Case No. CR-14-70093-MAG
14                                    )
           Plaintiff,                 )  STIPULATION TO CONTINUE
15                                    )
      v.                              )
16                                    )
   VALERIE SHAW,                      )
17                                    )
           Defendant.                 )
18 _____)

19
        The parties stipulate as follows:
20
        1.   A status hearing and arraignment is set in this matter for May 7, 2014.
21
        2.   The government has provided the defendant with discovery and is in the process of
22
   providing additional discovery for the defendant's review.
23
        3.   In the past three weeks, the government provided several thousand additional pages of
24
   discovery. The defense requires time to review these documents, and the parties need time to confer
25
   regarding the discovery and the case generally, and for those reasons the parties stipulate to continue this
26
   matter until June 4, 2014, for a status hearing and arraignment.
27
        4.   The parties also request that pursuant to Federal Rule of Criminal Procedure ("FRCP")
28

STIPULATION
CR-14-70093 MAG

5.1(d), the time limits set forth in FRCP 5.1(c) be extended through June 4, 2014.  The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161.  The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel.  18 U.S.C. § 3161(h)(7).  The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7).

DATED: May 5, 2014                             Respectfully submitted,

                                                MELINDA HAAG
                                                United States Attorney

                                                _____/s/_____
                                                THOMAS M. NEWMAN
                                                Assistant United States Attorney
                                                Tax Division

                                                _____/s/_____
                                                RICHARD TAMOR
                                                Attorney for Defendant Valerie Shaw

ORDER

For the reasons stated above, the Court finds that the extension of time for the defendant's preliminary hearing or arraignment through June 4, 2014, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A); Fed. R. Crim. P. 5.1(d).  The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 5/6/14                                   _____
                                                THE HONORABLE DONNA M. RYU
                                                United States Magistrate Judge

STIPULATION
CR-14-70093 MAG