MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

THOMAS NEWMAN (NYBN 4256178)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    FAX: (415) 436-7009
    Thomas.newman2@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-70093-MAG |
| Plaintiff, | STIPULATION TO CONTINUE |
| v. | |
| VALERIE SHAW, | |
| Defendant. | |

The parties stipulate as follows:

1.     A status hearing and arraignment is set in this matter for June 4, 2014.

2.     The government provided the defendant with discovery in this case that consisted of several hundred pages.

3.     Prior to the last scheduled hearing the government supplemented the discovery that was provided to the defense by sending the case agent's report and between 5,000 to 10,000 pages of additional documents that consist of financial records, seized records, bank records and tax records. The defense requires time to review these documents, and the parties need time to confer regarding the discovery and the case generally. For those reasons the parties stipulate to continue this matter until September 3, 2014, for a status hearing and arraignment.

//

STIPULATION
14-70093 MAG

4. The parties also request that pursuant to Federal Rule of Criminal Procedure ("FRCP") 5.1(d), the time limits set forth in FRCP 5.1(c) be extended through September 3, 2014. The parties agree that, taking into account the public interest in prompt disposition of criminal cases, good cause exists for this extension.

The defendant also agrees to exclude for this period of time any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of defense counsel. 18 U.S.C. § 3161(h)(7). The parties also agreed that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7).

DATED: June 2, 2014                                   Respectfully submitted,

                                                      MELINDA HAAG
                                                      United States Attorney

                                                       /s/
                                                      THOMAS M. NEWMAN
                                                      Assistant United States Attorney
                                                      Tax Division

                                                       /s/
                                                      RICHARD TAMOR
                                                      Attorney for Defendant Valerie Shaw

ORDER

For the reasons stated above, the Court finds that the extension of time for the defendant's preliminary hearing or arraignment through September 3, 2014, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A); Fed. R. Crim. P. 5.1(d). The failure to grant the requested continuance would deny the defendant effective preparation of counsel, and would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 6/3/14                                         _____
                                                      THE HONORABLE KANDIS A. WESTMORE
                                                      United States Magistrate Judge

STIPULATION
14-70093 MAG